

## MOTION DOCKET

**93–493.** State v. Lowe. *Logan County,* No. 8–92–36. On motion for appointment of counsel. *Sua sponte,* this matter is remanded to the court of appeals to appoint present counsel.

F.E. SWEENEY, J., dissents.

**93–936.** Phung v. Waste Mgt., Inc. *Sandusky County,* No. S–91–48. On motion to strike. Motion denied.

DOUGLAS, WRIGHT and RESNICK, JJ., not participating.

**93–1118.** State ex rel. May v. Hendon. *Hamilton County,* No. C–920381. On motion to reconsider denial of attorney fees. Motion denied.

**93–1273.** Lunar v. Cleveland. *Cuyahoga County,* No. 61968. On motion to supplement the record and on motion for leave to file *amicus* of Ohio Academy of Trial Lawyers instanter. Motions granted.

**93–1329.** Dellenbach v. Robinson. *Franklin County,* No. 92AP–884. On motion for leave to amend brief. Motion granted.

F.E. SWEENEY, J., dissents.

**93–1411.** Ohio Academy of Nursing Homes, Inc. v. Barry. *Franklin County,* No. 92AP–1266. On motion for leave to file *amicus* of Ohio Health Care Association. Motion granted.

**93–1897.** State v. Jones. *Cuyahoga County,* No. 64481. On motions for leave to file *amicus* of Ohio Attorney General and to amend *amicus* brief. Motions granted.

**93–2238.** State ex rel. Miller v. Anthony. *Franklin County,* No. 93AP–492. On motions for leave to file *amicus* of Ohio Prosecuting Attorneys Association and for extension of time. Motions granted.

**93–2360.** State ex rel. Taylor v. Indus. Comm. *Franklin County,* No. 92AP–994. On motion for leave to file brief instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–63.** Ashland Oil, Inc. v. Tracy. Board of Tax Appeals, Nos. 91–M–1379 and 91–M–1380. On motion for leave to appear *pro hac vice.* Motion granted.

**94–185.** State v. Wesley. *Wood County,* No. 92WD074. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.

**94–349.** Hausman v. Dayton. *Montgomery County,* No. 13647. On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**94–375.** Cent. Motors Corp. v. Pepper Pike. *Cuyahoga County,* No. 64422. On motion for leave to file *amicus* of Residents of the City of Pepper Pike. Motion granted.